IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTO GARCIA,

    Petitioner,

v.                            No. CV 11-237    LH/CG
                                 CR 08-2709      LH

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** is before the Court on Respondent's *Motion for Extension of Time to Respond to Defendant's Motion Under 28 U.S.C. § 2255*. (Doc. 3). Respondent requests an extension until May 11, 2011, to provide an answer to Mr. Garcia's habeas petition. (*Id.*). The Court finds the Motion to be well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that Respondent's answer shall be due no later than May 11, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE