IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTO GARCIA,

    Petitioner,

v.                                                 No. CV 11-237    LH/CG
                                                     CR 08-2709     LH

UNITED STATES OF AMERICA,

    Respondent.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* for an order quashing the Court's *Order to Show Cause*, (Doc. 6), entered May 10, 2011. The order to show cause was issued because Petitioner had been moved to a new correctional facility without alerting the Court of his new address, as is required by the District of New Mexico Local Rules. (Doc. 6 at 1). Respondent then notified the Court that Petitioner had sent a letter to Assistant United States Attorney Elaine Ramirez which contained Petitioner's new address. (Doc. 7). Petitioner's address was duly updated on the docket.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 6), is **QUASHED**.

**IT IS FURTHER ORDERED** that the stay of the order to answer, (Doc. 2), is lifted.

                                                      */s/ Carmen E. Garza*
                                                      THE HONORABLE CARMEN E. GARZA
                                                      UNITED STATES MAGISTRATE JUDGE